COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-15-00393-CR |
| Style: | Christopher Ernest Braughton v. The State of Texas |
| Date motion filed*: | August 31, 2015 |
| Type of motions: | Defendant-Appellant's Motion to Withdraw as Counsel |
| Parties filing motions: | Appellant's Appointed Counsel Robert L. Sirianni, Jr. |
| Document to be filed: | N/A |

Is appeal accelerated?      No.

Ordered that motion is:

☑ Granted

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

  Appellant's appointed counsel's motion to withdraw as counsel is **granted** because it
  complies with Rule 6.5(d) and this Court already granted new counsel Niles Illich's
  motion to substitute on August 27, 2015. *See* TEX. R. APP. P. 6.5(b), (d). Accordingly,
  the Clerk of this Court is directed to remove Robert L. Sirianni, Jr. as attorney for
  appellant.

Judge's signature: _/s/ Evelyn V. Keyes
                    ☒ Acting individually      ☐ Acting for the Court

Date:  September 10, 2015

November 7, 2008 Revision